UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-4501 DSF<br>CR 06-259 DSF | Date | 6/6/12 |
|---|---|---|---|

| Title | United States of America v. John McTiernan |
|---|---|

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|

| DEBRA PLATO | NOT PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NOT PRESENT | NOT PRESENT |

**Proceedings:**     (IN CHAMBERS)   ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED

    Defendant is ordered to show cause in writing no later than June 20, 2012 why this case should not be stayed pending resolution of Defendant's appeal of his underlying conviction.  See Feldman v. Henman, 815 F.2d 1318, 1320 (9th Cir. 1987) ("[a] district court should not entertain a habeas corpus petition while there is an appeal pending in [the Court of Appeals] or in the Supreme Court.").